IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Jack Daniels

        Plaintiff,                       No. CIV S-04-0382 LKK CMK P

        vs.

Latimore, Medical Technical Assistant

        Defendants.              ORDER

                            /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed February 11, 2005, plaintiff's first amended complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed a second amended complaint.

        In his second amended complaint, plaintiff states that he has a valid prescription for HIV medication. Plaintiff alleges that, on at least three occasions, defendant Latimore refused to give plaintiff his HIV medication. Delay of, or interference with, medical treatment can amount to deliberate indifference to the serious medical needs of a prisoner in violation of the Eighth Amendment. See Lopez v. Smith, 203 F.3d 1122, 1131 (9th Cir. 2000). The undersigned, therefore, finds that the second amended complaint states a cognizable claim for relief against defendant Latimore pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

1   Plaintiff's complaint does not, however, state a cognizable claim for relief against
2   defendants Camacho, Dr. Bick, Dr Nadim K. Khoury, Tom Donahue, Dr. Anderson, Ken Allen,
3   N. Grannis, or Teresa A. Schwartz, and it appears beyond a doubt that he can prove no set of
4   facts which would entitle him to relief on these claims. See Hishon v. King & Spalding, 467 U.S.
5   69, 73 (1984).  The undersigned recommends dismissal of plaintiff's claims against these
6   defendants in separately filed findings and recommendations.
7   If the allegations against defendant Latimore in the amended complaint are
8   proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  The court,
9   therefore, finds that service is appropriate and will direct service by the U.S. Marshal without
10  pre-payment of costs.  Plaintiff is informed, however, that this action cannot proceed further
11  until plaintiff complies with this order.  Plaintiff is warned that failure to comply with this order
12  may result in dismissal of the action.  See Local Rule 11-110.
13  In accordance with the above, IT IS HEREBY ORDERED that:
14  1. Service is appropriate for the following defendant: Latimore, Medical
15  Technical Assistant.
16  2. The Clerk of the Court shall send plaintiff one  USM-285 forms, one
17  summons, an instruction sheet and a copy of the amended complaint filed June 6, 2004.
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Two copies of the endorsed amended complaint filed June 6, 2004.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: December 4, 2005.

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE

```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11             Plaintiff,                  No. CIV
12      vs.
13                                         NOTICE OF SUBMISSION
14             Defendants.                     OF DOCUMENTS
15   _____/
16        Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18             _____   completed summons form
19             _____   completed USM-285 forms
20             _____   copies of the _____
                                       Amended Complaint
21   DATED:
22
23                                         _____
                                                      Plaintiff
24
25
26
```