IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK DANIELS,

      Plaintiff,                       No. CIV S 04-0382 LKK CMK P

   vs.

EMANUAL LATIMORE,

      Defendant.

_____/       <u>ORDER</u>

      Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.  This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). Defendants have filed a motion for summary judgment in this matter, which is currently under advisement.  In light of the pending motion for summary judgment, defendants request to be relieved from filing a pretrial statement and that this court vacate the pretrial conference and trial dates.  Good cause appearing, the court grants defendants' request.

///

///

///

///

///

1    IT IS ORDERED that:

2    1. Both parties are relieved of their obligation to file a pretrial statement.

3    2. The pretrial conference date and trial date are vacated.

4    3. After ruling on the motion for summary judgment, the court will reset these

5 dates as necessary.

7 DATED: February 15, 2007.

  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE